UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YOLIMAR MOLENO-OMANA,**

    **Plaintiff,**

v.                                      Case No:  6:15-cv-1976-Orl-41KRS

**SANTANDER CONSUMER USA, INC.,**

    **Defendant.**
_____/

## ORDER

    THIS CAUSE is before the Court on the parties' Joint Stipulation to Arbitrate (Doc. 7). The Joint Stipulation seeks dismissal of this case and is signed by both parties. Thus, the Court construes the Joint Stipulation as a stipulation for voluntary dismissal under Rule 41. To the extent the parties request an order compelling Plaintiff to arbitrate this dispute, the parties have not provided this Court with any authority evidencing a right to such relief.

    Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on December 15, 2015.



Copies furnished to:

Counsel of Record